IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR - 3 2013

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 4:13-CR 00109 JLH |
| v. | ) |
| | ) 21 U.S.C. § 841(a)(1), (b)(1)(A) |
| BOBBY ALTWON HART | ) 21 U.S.C. § 846 |
| SHERMAN AVERY | ) 18 U.S.C. § 3013 |
| | ) 18 U.S.C. § 3571 |
| | ) 18 U.S.C. § 3583 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or before February 8, 2013, in the Eastern District of Arkansas and elsewhere,

**BOBBY ALTWON HART and
SHERMAN AVERY**

knowingly and intentionally conspired with each other and others unknown to the grand jury, to knowingly and intentionally possess with intent to distribute more than 5 kilograms of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

[End of Text. Signature page attached.]