#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          NO. 4:13CR00109-01 JLH

BOBBY ALTWON HART                                      DEFENDANT

#### **ORDER**

      On April 25, 2013, United States Magistrate Judge Beth Deere appointed Assistant Federal Public Defender Kim Driggers to represent defendant Bobby Altwon Hart in the above styled matter. Attorney Patrick J. Benca filed an Entry of Appearance in this case on May 20, 2013.

      IT IS HEREBY ORDERED that Patrick J. Benca is hereby substituted as counsel of record for defendant Bobby Altwon Hart, and Kim Driggers is relieved from any further representation of defendant in this matter.

      IT IS SO ORDERED this 20th day of May, 2013.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE