

## TEXAS DPS AWARDS THE IN-CAR VIDEO CONTRACT TO WATCHGUARD VIDEO

**ALLEN, TX:** November 7, 2006

## DV-1 SELECTED AS TEXAS DPS' DIGITAL VIDEO SOLUTION

WatchGuard Video announced today that the Texas Department of Public Safety has begun the rollout of the WatchGuard DVD-Video based in-car video systems in their fleet of approximately 2,000 State Trooper vehicles. The initial 220 systems ordered in July are being deployed in Dodge Chargers, Chevrolet Tahoe's, and Ford Crown Victoria's. This contract is significant for WatchGuard Video as it is expected to become one of the largest deployments of digital in-car video in the industry's history. WatchGuard Video has already received state contracts or significant orders from a number of other state patrols including Virginia, West Virginia, North Carolina, Montana, and Rhode Island; however, Texas represents the largest agency to select this technology. With numerous recent contract wins, WatchGuard Video has become one of the largest manufacturers in the industry.

## THE DIRECT-TO-DVD-VIDEO APPROACH LEAVES VEHICLES IN SERVICE

"Direct-to-DVD-Video is generally the only feasible digital solution type for agencies that cover large geographical areas," said Robert Vanman, President of WatchGuard Video. "Server-based solutions usually require agencies to make considerable changes in the way they operate by requiring that every vehicle regularly be driven to a station to download video to a server computer. Recording directly to a playable DVD in the vehicle allows state and county agencies to maintain efficient deployment strategies by leaving their vehicles in service for extended periods of time."

## DUAL DRIVE ARCHITECTURE

The WatchGuard DV-1 includes both an integrated automotive hard drive and a DVD drive that floats in a silicone-oil dampened suspension system. The system will record events such as traffic stops and drug seizures directly onto DVD-Video discs for use as evidence in court and for internal investigations, while using the hard drive for buffering pre-event video and automatically backing up the DVDs. The compact, 1-piece system mounts overhead and fits between the visor posts of most standard law enforcement vehicles, and unlike many other systems in the industry, requires no trunk mounting.



## ABOUT WATCHGUARD VIDEO

WatchGuard Video is the world's largest manufacturer of law enforcement video systems, supplying in-car and wearable video solutions to nearly 1/3rd of all Law Enforcement agencies in the U.S. and Canada. WatchGuard conducts all engineering and manufacturing from the company's 68,000 square foot high-tech facility located in Allen, Texas.

## PRESS ONLY, CONTACT:

Adam Rushlow
Communications Director
ARushlow@WatchGuardVideo.com (mailto:ARushlow@WatchGuardVideo.com?subject=News Contact)
800-605-6734

### ARCHIVES

November 2014 (http://watchguardvideo.com/2014/11)
October 2014 (http://watchguardvideo.com/2014/10)
August 2014 (http://watchguardvideo.com/2014/08)
June 2014 (http://watchguardvideo.com/2014/06)
May 2014 (http://watchguardvideo.com/2014/05)
April 2014 (http://watchguardvideo.com/2014/04)
February 2014 (http://watchguardvideo.com/2014/02)
January 2014 (http://watchguardvideo.com/2014/01)
December 2013 (http://watchguardvideo.com/2013/12)
November 2013 (http://watchguardvideo.com/2013/11)
October 2013 (http://watchguardvideo.com/2013/10)
September 2013 (http://watchguardvideo.com/2013/09)
August 2013 (http://watchguardvideo.com/2013/08)
June 2013 (http://watchguardvideo.com/2013/06)
May 2013 (http://watchguardvideo.com/2013/05)
April 2013 (http://watchguardvideo.com/2013/04)
February 2013 (http://watchguardvideo.com/2013/02)
January 2013 (http://watchguardvideo.com/2013/01)
December 2012 (http://watchguardvideo.com/2012/12)
October 2012 (http://watchguardvideo.com/2012/10)
September 2012 (http://watchguardvideo.com/2012/09)
July 2012 (http://watchguardvideo.com/2012/07)
May 2012 (http://watchguardvideo.com/2012/05)
March 2012 (http://watchguardvideo.com/2012/03)
February 2012 (http://watchguardvideo.com/2012/02)
January 2012 (http://watchguardvideo.com/2012/01)
March 2011 (http://watchguardvideo.com/2011/03)
January 2011 (http://watchguardvideo.com/2011/01)
October 2010 (http://watchguardvideo.com/2010/10)
May 2010 (http://watchguardvideo.com/2010/05)
March 2010 (http://watchguardvideo.com/2010/03)